

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16CR00089-WQH |
|---|---|
| Plaintiff, | I N F O R M A T I O N <br> (Superseding) |
| v. <br> ALLISON GILL, <br> Defendant. | Title 21, U.S.C., Secs. 952, 960 and 963 and Title 18, U.S.C., Sec 2 - Conspiracy to Import Methamphetamine (Felony) |

The United States Attorney charges:

Beginning on a date unknown and continuing up to and including December 17, 2015, within the Southern District of California, defendant ALLISON GILL, did knowingly and intentionally conspire with other persons, known and unknown, to import a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and 963, and Title 18, United States Code, Section 2.

DATED: 6/29/16.

LAURA E. DUFFY
United States Attorney

JANAKI S. GANDHI
Assistant U.S. Attorney